Leonard M. Shulman - Bar No. 126349
Rika M. Kido - Bar No. 273780
**SHULMAN BASTIAN FRIEDMAN & BUI LLP**
100 Spectrum Center Drive, Suite 600
Irvine, California 92618
Telephone:  (949) 340-3400
Facsimile:  (949) 340-3000
Email:   LShulman@shulmanbastian.com
    RKido@shulmanbastian.com

Attorneys for A. Cisneros,
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**TTBGM, Inc.,**<br><br>          Debtor. | Case No. 6:20-bk-13005-WJ<br><br>Chapter 7<br><br>**CHAPTER 7 TRUSTEE'S STATUS REPORT**<br><br>**CBGM, LLC Hearing**<br>Date:  December 22, 2022<br>Time:  10:00 a.m.<br>Place:  Courtroom 304<br>     United States Bankruptcy Court<br>     3420 Twelfth Street<br>     Riverside, California 92501 |

**TO THE HONORABLE WAYNE JOHNSON, UNITED STATES BANKRUPTCY JUDGE AND ALL INTERESTED PARTIES:**

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6285-000/91/Status Report 001.docx

1

A. Cisneros, the duly appointed, qualified and acting Chapter 7 trustee ("Trustee") for the bankruptcy estate ("Estate") of TTBGM, Inc. ("Debtor"), hereby submits this Status Report as requested by the Court in the Preliminary Injunction filed on November 19, 2022 in the adversary proceeding, *Trilogy at La Quinta Maintenance Association v. Stratospheric Holdings 4, LLC*, Adv. Case No. 6:22-ap-01094-WJ ("CBGM Adversary Proceeding").[1] There is a further hearing regarding the Preliminary Injunction scheduled for December 22, 2022 at 10:00 a.m.

## STATUS REPORT

Since the prior Status Conference in this case and the hearing on the preliminary injunction in the CBGM Adversary Proceeding held on November 29, 2022, Thomas Brown vacated the real property located at 60151 Trilogy Parkway, La Quinta, CA ("Trilogy Property"), removed any perishable items, and turned the Trilogy Property over to the Trustee. The Trustee made arrangements for the locks to be changed at the Trilogy Property and the Trustee's broker ("Broker") advised on December 13, 2022 that the locks have been changed. The Broker also made arrangements for representatives from the Trilogy at La Quinta Maintenance Association ("TLQMA") and Trustee Simons to access and view the Trilogy Property on December 6, 2022.

In mid-November, the Trustee reduced the listing price for the Trilogy Property from $5,995,000 to $4.5 million. Since the price reduction, the Broker advised that the listing for the Trilogy Property has been viewed 3,091 times and has had 280 detailed page clicks[2] via LoopNet/CoStar. The Estate is advised that the Broker has also responded to numerous listing inquiries via text, calls, and emails. Further, the Broker sent out approximately 1,500 direct marketing emails to potential buyers, including his contacts in the area and national prospects, about the reduced price. Lastly, two interested groups, including TLQMA, have viewed the Trilogy Property.

///

---

[1] The CBGM Adversary Proceeding is associated with the bankruptcy case, *In re CBGM, LLC*, Bankruptcy Case No. 6:22-bk-14008-WJ ("CBGM Bankruptcy Case").

[2] A "detailed page click" is when a prospective buyer actively clicks on the listing to get more detailed information on the property, including all of the details regarding the listing.

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6285-000/91/Status Report 001.docx

2

Finally, the secured lender for the Trilogy Property, Byline Bank, has indicated its willingness to continue to work with the Trustee, and not Mr. Brown, on a sale of the Trilogy Property. To that end, the Trustee and his counsel remain in communication with Byline Bank about the status of this case and ensuring the sale of the Trilogy Property will benefit unsecured creditors.

Respectfully submitted,

**SHULMAN BASTIAN FRIEDMAN & BUI LLP**

DATED: December 19, 2022

By:     /s/ Rika M. Kido
Leonard M. Shulman
Rika M. Kido
Attorneys for A. Cisneros, Chapter 7 Trustee

SHULMAN BASTIAN
FRIEDMAN & BUI LLP
100 Spectrum Center Drive
Suite 600
Irvine, CA 92618

6285-000/91/Status Report 001.docx

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 7 TRUSTEE'S STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 19, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 19, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **CBGM, LLC Interim Chapter 7 Trustee**<br>Larry D. Simons<br>Email: larry@lsimonslaw.com | **Proposed Counsel for CBGM, LLC Interim Chapter 7 Trustee**<br>Richard A. Marshack, Esq.<br>Email: RMarshack@MarshackHays.com |
|---|---|

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 19, 2022 | Anne Marie Vernon | */s/ Anne Marie Vernon* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

## NEF SERVICE

**INTERESTED PARTY:** Wendy L Benjamin    wendy@benjaminlawoffices.com
**CHAPTER 7 TRUSTEE:** Arturo Cisneros    arturo@mclaw.org, CACD_ECF@mclaw.org
**CHAPTER 7 TRUSTEE:** Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@iq7technology.com;ecf.alert+Cisneros@titlexi.com
**COUNSEL FOR THE DEBTOR:** Thomas C Corcovelos    corforlaw@corforlaw.com
**INTERESTED PARTY:** Edwin R Cottone    ed@cottonemoon.com
**INTERESTED PARTY:** Abram Feuerstein    abram.s.feuerstein@usdoj.gov
**INTERESTED PARTY:** Chris L Frost    Chris@weinberg-gonser.com, megan@weinberg-gonser.com;zach@weinberg-gonser.com
**INTERESTED PARTY:** Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;goeforecf@gmail.com
**INTERESTED PARTY:** David M Goodrich    dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wggllp@ecf.courtdrive.com;gestrada@wgllp.com
**INTERESTED PARTY:** Everett L Green    everett.l.green@usdoj.gov
**INTERESTED PARTY:** Lemuel Bryant Jaquez    bknotifications@ghidottiberger.com,gbadmin@ecf.courtdrive.com
**INTERESTED PARTY:** Raffi Khatchadourian    raffi@hemar-rousso.com
**COUNSEL FOR THE CHAPTER 7 TRUSTEE:** Rika Kido    rkido@shulmanbastian.com, avernon@shulmanbastian.com
**INTERESTED PARTY:** Erica T Loftis Pacheco    bknotifications@ghidottiberger.com
**INTERESTED PARTY:** Charity J Manee    cmanee@goeforlaw.com, kmurphy@goeforlaw.com
**INTERESTED PARTY:** Ronak N Patel    rpatel@rivco.org, dresparza@rivco.org;mdominguez@rivco.org
**INTERESTED PARTY:** Eric S Pezold    epezold@swlaw.com, knestuk@swlaw.com
**INTERESTED PARTY:** Samuel Price    sprice@pooleshaffery.com, mvalenti@pooleshaffery.com
**INTERESTED PARTY:** Cameron C Ridley    Cameron.Ridley@usdoj.gov
**COUNSEL FOR THE CHAPTER 7 TRUSTEE:** Leonard M Shulman    lshulman@shulmanbastian.com
**INTERESTED PARTY:** Andrew Still    astill@swlaw.com, kcollins@swlaw.com
**INTERESTED PARTY:** Alan G Tippie    atippie@sulmeyerlaw.com, atippie@ecf.courtdrive.com;pdillamar@sulmeyerlaw.com,kfiles@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com
**INTERESTED PARTY:** United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
**INTERESTED PARTY:** Brian D Walters    bwalters@pooleshaffery.com, acontreras@pooleshaffery.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**